Date signed December 09, 2009



_____
PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| | * | Case No.  09-32131ON |
| GRACIE J. THOMAS | * | Chapter  7 |
| | * | |
| | * | |
| Debtor(s) | * | |

### MEMORANDUM TO COUNSEL

Upon consideration of the reinstatement of this case following dismissal for failure to file the required documents, the court has determined to take no further action with respect to counsel's fee at this time.

cc:   Counsel for Debtor(s) - Sari Karson Kurland
      Debtor(s)
      Trustee
      U.S. Trustee

Fee-11.10 -- mlz

**End of Order**